**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7768**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

WILLIAM LARNELL ECKLES, JR.,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:00-cr-00046-RLV-4)

_____

Submitted:  December 13, 2012      Decided:  December 19, 2012

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Larnell Eckles, Jr., Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Larnell Eckles, Jr., appeals the district court's order granting his 18 U.S.C. § 3582(C)(2) (2006) motion for a sentence reduction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Eckles</u>, No. 5:00-cr-00046-RLV-4 (W.D.N.C. Sept. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court granted Eckles's motion, Eckles contends on appeal that he was entitled to an even further reduction.